UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI BULLOCK,<br><br>             Plaintiff,<br><br>     v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al.,<br><br>             Defendants. | Case No.  15-cv-00608-EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff hereto, by her counsel, having advised the Court that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that case management conference currently scheduled for May 19, 2015 is continued to June 16, 2015.  A joint case management conference statement shall be filed by June 9, 2015.  If settlement has been completed prior to that date, Plaintiff shall file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)  and the clerk will terminate the case.

**IT IS SO ORDERED.**

Dated:  April 23, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge